United States Court of Appeals
Fifth Circuit

**F I L E D**

**December 17, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 04-40576
Conference Calendar

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

ANTONIO RAMOS-LUCAS,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:04-CR-58-ALL
--------------------

Before KING, Chief Judge, and DeMOSS and CLEMENT, Circuit Judges.

PER CURIAM:[*]

     Antonio Ramos-Lucas ("Ramos") appeals his guilty-plea
conviction and sentence for illegal reentry after deportation.
He argues that the "felony" and "aggravated felony" provisions of
8 U.S.C. § 1326(b) are unconstitutional in light of Apprendi v.
New Jersey, 530 U.S. 466 (2000), and that his sentence is
improper under Blakely v. Washington, 124 S. Ct. 2531 (2004).
These arguments are, as he concedes, foreclosed.  See
Almendarez-Torres v. United States, 523 U.S. 224 (1998); United

---

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

States v. Pineiro, 377 F.3d 464, 465-66 (5th Cir. 2004), petition for cert. filed (U.S. July 14, 2004) (No. 04-5263); United States v. Dabeit, 231 F.3d 979, 984 (5th Cir. 2000).  Ramos's conviction and sentence are AFFIRMED.